No. 98–822. FRIENDS OF THE EARTH, INC., ET AL. v. LAIDLAW ENVIRONMENTAL SERVICES (TOC), INC. C. A. 4th Cir. [Certio-

rari granted, 525 U. S. 1176.] Further consideration of respondent's suggestion of mootness deferred to hearing of case on the merits.